**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHYSICIANS FOR SOCIAL RESPONSIBILITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> E. SCOTT PRUITT, Administrator, U.S. Environmental Protection Agency, in his official capacity, <br><br> Defendant. | NO.  1:17-cv-02742-TNM |

**NOTICE OF INTENT TO FILE *AMICUS* BRIEF**

The States of Washington, Iowa, Maryland, New Jersey and Oregon, by and through their respective Attorneys General, hereby provide notice of their intent to file an *amicus* brief in opposition to Administrator Pruitt's Motion to Dismiss (Dkt. No. 21) Plaintiffs' lawsuit challenging Administrator Pruitt's "Strengthening and Improving Membership on EPA Federal Advisory Committees (Advisory Committee Directive). The brief will describe the broader impacts caused by the Advisory Committee Directive as well as address its legal defects. States in addition to those filing this Notice may join the brief.

LCvR 7(o)(1) provides that a state may file an *amicus curiae* brief without the consent of the parties or leave of the court. LCvR 7(o)(3) provides that an *amicus* brief shall be filed within such time as the Court may allow. Under the current briefing schedule, Plaintiffs' response to Defendant's motion is due on June 20, 2018, with the Defendant's reply due on

STATES' NOTICE OF INTENT TO FILE *AMICUS* BRIEF
NO.  1:17-CV-02742-TNM

1

ATTORNEY GENERAL OF WASHINGTON
Counsel for Environmental Protection
800 5th Ave., Ste. 2000, TB-14
Seattle, WA 98104-3188
(206) 326-5494

July 11, 2018. Unless directed otherwise by the Court, the States intend to file their *amicus* brief on or around June 27, 2018.

*Amici* States have significant concerns over the Advisory Committee Directive. As opposed to private parties or individuals, states are uniquely situated among those impacted by EPA's policy decisions and directives. States partner with EPA on regulatory efforts, with most states delegated concurrent authority under a variety of federal environmental laws. And, as entities with robust proprietary interests and activities, states also fall within EPA's reach as regulated parties. On both these fronts, *Amici* States rely heavily on EPA's rigorous application of the best available science when formulating policies that impact *Amici* States' environments and economies. Because EPA expends a large portion of its annual budgets on research grants, *Amici* States' flagship university systems are also impacted by the directive when faculty members are forced out of EPA advisory roles or forced to relinquish EPA grants.

As will be set out in *Amici* States' brief, Defendant's Advisory Committee Directive is arbitrary, capricious, contrary to law, fails to root out the conflicts of interest it purportedly seeks to prevent, and weakens EPA's ability to perform sound science when making critically impactful decisions. Based on the States' interests and responsibilities as sovereigns for protecting the health and welfare of their citizens, *Amici* States are in a position to provide the Court with information and argument that may assist the Court in its consideration of Defendant's Motion to Dismiss.

DATED this 21st day of June, 2018.

ROBERT W. FERGUSON
Attorney General of Washington

/s/ Kelly T. Wood
Kelly Thomas Wood
Assistant Attorney General
Washington Attorney General's Office
Counsel for Environmental Protection
800 5th Ave Ste. 2000 TB-14
Seattle, Washington 98104
(206) 326-5493

STATES' NOTICE OF INTENT TO FILE
*AMICUS* BRIEF
NO.  1:17-CV-02742-TNM

2

ATTORNEY GENERAL OF WASHINGTON
Counsel for Environmental Protection
800 5th Ave., Ste. 2000, TB-14
Seattle, WA 98104-3188
(206) 326-5494

ADDITIONAL COUNSEL:

| For the STATE OF IOWA | For the STATE OF MARYLAND |
|---|---|
| *Tom Miller* (signature) | BRIAN E. FROSH<br>Attorney General of Maryland |
| Thomas J. Miller<br>Attorney General of Iowa | 200 Saint Paul Place<br>Baltimore, Maryland 21202<br>(410) 576-6300 |

| For the STATE OF OREGON | For the STATE OF NEW JERSEY |
|---|---|
| ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br>PAUL GARRAHAN<br>Attorney-in-Charge<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street, N.E.<br>Salem, Oregon 97301-4096<br>(503) 947-4593<br>paul.garrahan@doj.state.or.us | GURBIR S. GREWAL<br>Attorney General of New Jersey<br>LISA MORELLI<br>Deputy Attorney General<br>Department of Law and Public Safety<br>Division of Law<br>R.J. Hughes Justice Complex<br>25 Market Street<br>Trenton, New Jersey 08625-093<br>(609) 376-2708<br>lisa.morelli@law.njoag.gov |

STATES' NOTICE OF INTENT TO FILE
*AMICUS* BRIEF
NO.  1:17-CV-02742-TNM

3

ATTORNEY GENERAL OF WASHINGTON
Counsel for Environmental Protection
800 5th Ave., Ste. 2000, TB-14
Seattle, WA 98104-3188
(206) 326-5494