THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHYSICIANS FOR SOCIAL RESPONSIBILITY, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>ANDREW WHEELER, Acting Administrator, U.S. Environmental Protection Agency, in his official capacity,[1]<br><br>     *Defendant*. | Case No. 1:17-cv-02742-TNM |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY[2]**

On November 27, 2018, the U.S. Supreme Court issued a unanimous decision in *Weyerhaeuser Co. v. U.S. Fish and Wildlife Service*, No. 17-71 (U.S. Nov. 27, 2018), which is relevant to the core issue in this case of whether the challenged action is committed to agency discretion by law.

First, the Court reaffirmed the strong presumption in favor of judicial review of agency action and the narrowness of the exception for matters committed to agency discretion by law. Slip Op. 11-12. It recognized, as it has in the past, that this exception to judicial review is in tension with the Administrative Procedure Act's command to the courts to set aside agency action that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." *Id.* (quoting 5 U.S.C. § 706(2)(A)). It noted that a court "could never determine that an agency abused its discretion if all matters committed to agency discretion were unreviewable."

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting Administrator Wheeler is automatically substituted as the Defendant in this action.

[2] Plaintiffs are Physicians for Social Responsibility, National Hispanic Medical Association, International Society for Children's Health and the Environment, Joe Árvai, Edward Lawrence Avol, and Robyn Wilson.

*Id.* The Court explained that courts "routine[ly]" review under the APA whether an agency properly justified a discretionary determination under factors made relevant by statute. *Id.*

Second, applying these principles, the Court held that Weyerhaeuser's challenge to the Government's decision not to exclude areas from a critical habitat designation was reviewable under the APA. *Id.* at 14. Although the decision was "certainly" discretionary, Weyerhaeuser was entitled to review of its claim that "the agency did not appropriately consider all of the relevant factors that the statute sets forth to guide the agency in its exercise of its discretion." *Id.* That is the essence of the claims raised in Counts III and IV of the amended complaint in this case, which allege that EPA's decision is arbitrary and capricious under the statutory standards furnished by the Federal Advisory Committee Act and its implementing regulations (Count III) and statutes that establish and define membership requirements for EPA scientific advisory committees (Count IV).[3] And while Counts I and II of the amended complaint primarily allege that EPA acted in excess of statutory authority and in violation of statutory and regulatory requirements governing conflicts of interest in the executive branch—which EPA has no discretion to do—*Weyerhaeuser* demonstrates that review is also available of whether EPA arbitrarily and capriciously exercised any discretion that remains to it under federal ethics law.

Dated: December 4, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ Susan Kraham (w/permission) | /s/ Patti Goldman |
| Susan Kraham (D.C. Bar No. NY0170) | Patti Goldman (D.C. Bar No. 398565) |
| Michael Burger | Earthjustice |
| Columbia Environmental Law Clinic | 705 Second Avenue |
| Morningside Heights Legal Services | Suite 203 |
| 435 W. 116th St. | Seattle, WA 98104 |
| New York, NY 10027 | 206-343-7340 |

---

[3] Count III also alleges that the Directive is contrary to the Federal Advisory Committee Act and its implementing regulations.

212-854-4500
skraha@law.columbia.edu
mburger@law.columbia.org

*Attorneys for Joe Árvai and Robyn Wilson*

pgoldman@earthjustice.org

Neil Gormley (D.C. Bar No. 1008462)
Tosh Sagar (D.D.C. Bar No. D00497; CA Bar No. 286822)
Earthjustice
1625 Massachusetts Avenue, N.W.
Suite 702
Washington, D.C. 20036
202-667-4500
ngormley@earthustice.org
tsagar@earthjustice.org

*Attorneys for Physicians for Social Responsibility, National Hispanic Medical Association, International Society for Children's Health and the Environment, and Edward Lawrence Avol*