THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHYSICIANS FOR SOCIAL RESPONSIBILITY, NATIONAL HISPANIC MEDICAL ASSOCIATION, INTERNATIONAL SOCIETY FOR CHILDREN'S HEALTH AND THE ENVIRONMENT, JOE ÁRVAI, EDWARD LAWRENCE AVOL, and ROBYN WILSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANDREW WHEELER, Administrator, U.S. Environmental Protection Agency, in his official capacity,<br><br>*Defendant*. | Case No. 1:17-cv-02742-TNM |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of June 19, 2020, Plaintiffs Physicians for Social Responsibility, International Society for Children's Health and the Environment, National Hispanic Medical Association, Edward Lawrence Avol, Robyn Wilson, and Joe Árvai and Defendant U.S. Environmental Protection Agency submit this Joint Status Report.

The parties conferred on July 8, 2020, as to what further proceedings are required in this case in light of the D.C. Circuit's decision in *Physicians for Social Responsibility v. Wheeler*, 956 F.3d 634 (D.C. Cir. 2020), but have not yet reached agreement.

These discussions are ongoing, in part due to the intervening vacation of lead counsel for Plaintiffs, Neil Gormley, from July 1 to July 15. Therefore, the parties respectfully request an

additional two weeks to file a Further Joint Status Report, by which time the parties expect to have arrived at an agreement as to how to proceed.

Dated: July 17, 2020

Respectfully submitted,

/s/ Michael Burger (w/permission)
Michael Burger
Special Counsel
Columbia Environmental Law Clinic
Morningside Heights Legal Services
435 W. 116th St.
New York, NY 10027
212-854-4500
mburger@law.columbia.org

*Attorney for Joe Árvai and Robyn Wilson*

/s/ Neil Gormley
Neil Gormley (D.C. Bar No. 1008462)
Tosh Sagar (D.C. Bar No. 1562693)
Earthjustice
1001 G St., NW
Suite 1000
Washington, D.C. 20001
202-667-4500
ngormley@earthustice.org
tsagar@earthjustice.org

Patti Goldman (D.C. Bar No. 398565)
Earthjustice
705 Second Avenue
Suite 203
Seattle, WA 98104
206-343-7340
pgoldman@earthjustice.org

*Attorneys for Physicians for Social Responsibility, National Hispanic Medical Association, International Society for Children's Health and the Environment, and Edward Lawrence Avol*

ETHAN P. DAVIS
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ James R. Powers (w/permission)
JAMES R. POWERS (TX Bar No. 24092989)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW

        Washington, DC 20005
        202-353-0543
        james.r.powers@usdoj.gov

        *Counsel for Defendant*